```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12898
   PATRICIA A CASTANEDA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2370


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/19/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was converted to chapter 7 after confirmation 02/19/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG       .00              .00             .00
GMAC MORTGAGE              MORTGAGE ARRE       .00              .00             .00
CAPITAL ONE AUTO FIN       SECURED VEHIC   9857.00           277.25          954.69
WELLS FARGO AUTO FINANCE   SECURED VEHIC   5100.00           148.57          455.58
WELLS FARGO AUTO FINANCE   UNSECURED       2730.33              .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       2796.43              .00             .00
CITIFINANCIAL              UNSECURED       5490.09              .00             .00
HSBC CARD SERVICES         UNSECURED      NOT FILED             .00             .00
CBCS                       UNSECURED       1044.00              .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        725.76              .00             .00
GMAC MORTGAGE CORP         NOTICE ONLY    NOT FILED             .00             .00
RIDGELAND CONDO UNIT 1 A   SECURED             .00              .00             .00
FELD & KORRUB LLC          DEBTOR ATTY    3,000.00                            945.06
TOM VAUGHN                 TRUSTEE                                            197.80
DEBTOR REFUND              REFUND                                             248.85

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  3,227.80

PRIORITY                                            .00
SECURED                                        1,410.27
   INTEREST                                      425.82
UNSECURED                                           .00
ADMINISTRATIVE                                   945.06
TRUSTEE COMPENSATION                             197.80
DEBTOR REFUND                                    248.85
                         --------------       --------------
TOTALS                   3,227.80              3,227.80

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 12898 PATRICIA A CASTANEDA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE